UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 OCT 29  A 11: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

DARREN M. DUMONT,
    Plaintiff
V.

UNITED STATES OF AMERICA, and
DYN MARINE SERVICES
OF VIRGINIA, INC.,
    Defendants

C.A. No. 04 12307 DPW

## SEAMAN'S AFFIDAVIT

I, DAVID J. BERG, attorney for the Plaintiff in the above-entitled action, do on oath depose and say as follows:

1.  The Plaintiff, DARREN M. DUMONT, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

"In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 10/27/04

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Subscribed and sworn to before me this **28th** day of **October**, 2004


Notary Public

My commission expires **9-22-06**