OAO 440 (Rev. 10/93) Summons in a Civil Action

A1

# UNITED STATES DISTRICT COURT

For the District of Massachusetts

Darren M Dumont

V.

United States of America, and
Dyn Marine Services of Virginia, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 12307 DPW

TO: (Name and address of Defendant)

United States of America

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Berg
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within    60    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  TONY ANASTAS

(By) DEPUTY CLERK

DATE  OCT 2 3 2004

OAO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE _____

Service of the Summons and complaint was made by me[(1)]

TITLE  ATTORNEY FOR PLAINTIFF

NAME OF SERVER (PRINT)  DAVID J. BURG

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED COPY OF COMPLAINT + SUMMONS UPON USA BY CERTIFIED MAIL PER FED. R. CIV. P. 4(i)(1).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/5/04
             Date

Signature of Server

30-31 UNION WHARF, BOSTON, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.