OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## For the District of Massachusetts

FILED
CLERK'S OFFICE

2004 DEC -3 P 3: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

Darren M. Dumont

V.

United States of America, and
Dyn Marine Services of Virginia, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 - 12307 DPW

TO: (Name and address of Defendant)

Dyn Marine Services of Virginia, Inc.



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Berg
Latti & Anderson LLP
30-31 Union Wharf
Boson, MA 02109

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  TONY ANASTAS

DATE  OCT 29 2004

(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) Summons in a Civil Action

Comp Form 650 3000 Books 2/87

**RECEIPT FOR FEES COLLECTED**

B 008423

County of  Henrico   Virginia  11/17/04  19 __

Received of  Latti   11/98   $ 75.00

Seventy five _____ Dollars

For _____ On _____ 19 __
Type of Service or Process          Date of Service

In matter of  Dumont, Darren M.  vs.  US of A & DynMarine Svc of VA Inc

Kristie Milo
Deputy—Sheriff—Sergeant

ORIGINAL — TO PAYER          DUPLICATE — TO REMAIN IN BOOK

LATTI & ANDERSON LLP / ATTORNEYS AT LAW & PROCTORS IN ADMIRALTY / OVERHEAD ACCOUNT

11198

| | | | | |
|---|---|---|---|---|
| HENRICE COUNTY SHRERIFF'S OFFICE | | | 11/5/2004 | 75.00 |
| Cash - Overhead | DUMONT, DARREN SERVICE CK. REQ | | | 75.00 |