UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

_____
DARREN M. DUMONT,              )
    Plaintiff                             )
                                            )    C.A. No. 04-12307-DPW
V.                                             )
                                            )
UNITED STATES OF AMERICA, and  )
DYN MARINE SERVICES             )
OF VIRGINIA, INC.,                      )
    Defendants                         )
_____)

### VOLUNTARY DISMISSAL AGAINST DYN MARINE SERVICES OF VIRGINIA, INC.

NOW COMES the Plaintiff, and voluntarily dismisses Defendant Dyn Marine Services of Virginia, Inc. only, pursuant to Fed.R.Civ.P. 41(a)(1)(i).

                                            Respectfully submitted for the
                                            the Plaintiff,
                                            Darren M. Dumont,
                                            by his attorney,

                                            <u>/s/ David J. Berg</u>
                                            David J. Berg, Esq.
                                            Latti & Anderson LLP
                                            30-31 Union Wharf
                                            Boston, MA 02109
                                            (617) 523-1000

CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

      Respectfully submitted for the
the Plaintiff, by its attorney,

/s/ David J. Berg
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: December 13, 2004