UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

_____

DARREN M. DUMONT,          )
     Plaintiff            )
                        )     C.A. No. 04-12307-DPW
V.                        )
                        )
UNITED STATES OF AMERICA, and   )
DYN MARINE SERVICES         )
OF VIRGINIA, INC.,            )
     Defendants           )
_____)

NOTICE OF WITHDRAWAL OF DEMAND FOR JURY TRIAL

NOW COMES the Plaintiff, and withdraws his demand for a jury trial against the

Defendant United States of America.

Respectfully submitted for the
the Plaintiff,
Darren M. Dumont,
by his attorney,


/s/ David J. Berg
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Respectfully submitted for the
the Plaintiff, by its attorney,


<u>/s/ David J. Berg</u>
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: December 13, 2004