UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARREN M. DUMONT,<br>    Plaintiff | )<br>)<br>) |
| V. | )    C.A. No. 04-12307-DPW<br>) |
| UNITED STATES OF AMERICA,<br>    Defendant | )<br>)<br>)<br>) |

### AFFIDAVIT

I, Darren M. Dumont, hereby depose and state as follows:

1. I have discussed with my attorneys the probable budget for the costs of conducting the full course - and various alternative courses - of the litigation.

2. I have discussed with my attorneys potential resolution of the litigation through the use of alternative dispute resolution programs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS __4__ DAY OF __MARCH__, 2005.

_____
Darren M. Dumont

_____
David J. Berg