UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DARREN M. DUMONT,              )<br>                                             )<br>                          Plaintiff  )<br>                                             )<br>v.                                          )<br>                                             )<br>UNITED STATES OF AMERICA, )<br>                                             )<br>                          Defendant )| CIVIL ACTION<br>NO. 04-12307DPW |

## CERTIFICATION

As required by Local Rule 16.1(D)(3), we hereby affirm that we have conferred concerning the costs of conducting the full course -- and various alternative courses -- of this litigation, and to consider the resolution of this litigation through the use of an alternative dispute resolution program.

          /s/  ARTHUR J. GRIBBIN
          Arthur J. Gribbin
          Shipowners Claims Bureau, Inc.
          60 Broad Street - 37th floor
          New York, New York 10004

          /s/  JAMES B. RE
          James B. Re (BBO #413300)
          Sally & Fitch
          225 Franklin Street
          Boston, Massachusetts 02110-2804
          (617) 542-5542
          Of Counsel to the United States

Dated:  March 29, 2005