## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARREN M. DUMONT, )<br><br>Plaintiff )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant ) | CIVIL ACTION<br>NO. 04-12307DPW |

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR
### DEFENDANT UNITED STATES OF AMERICA

TO:     THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice that as of May 30, 2006, undersigned counsel for defendant United

States of America is located at a new address:

**Sally & Fitch LLP**
**One Beacon Street**
**Boston, MA  02108**
**Tel:  617-542-5542**
**Fax:  617-542-1542**

/s/     *James B. Re*
James B. Re (BBO # 413300)
SALLY & FITCH LLP
One Beacon Street
Boston, MA  02108
(617) 542-5542

Dated: June 2, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 2, 2006.

/s/ *James B. Re*
James B. Re