# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                 )
DARREN M. DUMONT,                                )
                                                 )
                        Plaintiff                )
                                                 )
v.                                               )          CIVIL ACTION
                                                 )          NO. 04-12307DPW
                                                 )
UNITED STATES OF AMERICA,                        )
                                                 )
                        Defendant                )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Darren M.

Dumont and defendant United States of America hereby stipulate that this matter is dismissed

with prejudice and with all rights of appeal waived, and without costs to either party.

PLAINTIFF DARREN M. DUMONT          DEFENDANT UNITED STATES OF AMERICA
By his attorneys,                   By its attorneys,

/s/ *David J. Berg*                 MICHAEL J. SULLIVAN
David J. Berg (BBO #558624)         United States Attorney
LATTI & ANDERSON LLP
30-31 Union Wharf                   Damon C. Miller
Boston, Massachusetts 02109         Admiralty Counsel
(617) 523-1000                      Torts Branch, Civil Division
                                    U.S. Department of Justice
                                    P.O. Box 14271
                                    Washington, DC 20044-4271
                                    Attorneys for the United States

2

By: /s/ *James B. Re*
James B. Re (BBO #413300)
SALLY & FITCH LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 542-5542
Of Counsel to the United States

Dated: August 25, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 25, 2006.

/s/ *James B. Re*
James B. Re